RECEIVED IN ALEXANDRIA, LA.
AUG 16 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **WILLARD BRANDENBURG** **LA. DOC #120819** VS. | **CIVIL ACTION NO. 09-0822** **SECTION P** **JUDGE TRIMBLE** |
| **WARDEN, ELAYN HUNT CORR. CENTER** | **MAGISTRATE JUDGE KAY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITHOUT PREJUDICE** because claims one, three, and four were not fairly presented to the Louisiana courts and are now procedurally defaulted and because claim two was procedurally defaulted by the Louisiana Courts.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 16th day of August, 2010.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE